147 A.3d 397

**BASSFORD, Richard Larry**

v.

**STATE of Maryland**

**Pet. Docket No. 309, Sept. Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Application for leave to appeal denied by the Court of Special Appeals, (No. 772, Sept. Term, 2013).

Petition for writ of certiorari dismissed.

147 A.3d 397

**Chauncey BENNETT**

v.

**SECRETARY, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES**

**Pet. Docket No. 221, Sept.Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Dismissed by the Court of Special Appeals (No. 1174, Sept. Term, 2015).

Petition for writ of certiorari denied.